IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cr-71

UNITED STATES OF AMERICA )
)
)
)
vs. ) VERDICT FORM
)
)
)
TYRELL MARQUEST WATTS )
)

1. As to Count One, charging the defendant with a violation of 18 U.S.C. § 922(g)(1), I find the defendant:

Guilty: __X__    Not Guilty: _____

Signed: _____[signature]_____
ROBERT J. CONRAD, JR.
UNITED STATES DISTRICT JUDGE

Dated: __2.12.24__